# Court of Appeals
# of the State of Georgia

ATLANTA, September 09, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0319. JAMES E. THOMPSON v. THE STATE.**

On August 9, 2013, James Thompson filed an application for interlocutory appeal from the trial court's order of August 5, 2013, which, among other things, denied his pro se motion to recuse. We lack jurisdiction.

A trial court's ruling on a motion to recuse is an interlocutory order. Therefore, Thompson was required to comply with the interlocutory appeal requirements of OCGA § 5-6-34 (b), which required him to secure a certificate of immediate review from the trial court. See *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002). Thompson shows that he has requested a certificate of immediate review, but his failure to secure the certificate deprives us of jurisdiction to review this order.

Accordingly, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/09/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*